# EXHIBIT A

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| **MARQUETTA CARZELL, LUELLA CARTER, and GLADYS CHEGE, on Behalf of Themselves and All Others Similarly Situated,** )<br>)<br>)<br>)<br>)<br>**Plaintiffs,** )<br>)<br>) **CIVIL ACTION NO.:**<br>) **1:15-cv-3260-WSD**<br>**vs.** )<br>)<br>**LIFE OF THE SOUTH INSURANCE COMPANY and INSURANCE COMPANY OF THE SOUTH,** )<br>)<br>)<br>)<br>**Defendants.** ) | |

### ORDER GRANTING DEFENDANTS' MOTION FOR LEAVE TO FILE OPPOSITION TO MOTION TO REMAND EXHIBITS UNDER SEAL

Having reviewed and considered Defendants Life of the South Insurance Company and Insurance Company of the South's ("Defendants") Motion for Leave to File Opposition to Motion to Remand Exhibits Under Seal (the "Motion"), and reviewing the Exhibits submitted as "Exhibit 1" and "Exhibit 2" (the "Exhibits") in support of Defendants' Opposition to Motion to Remand *in camera*, it is HEREBY ORDERED, ADJUDGED AND DECREED THAT:

1. The Exhibits contain restricted information under Federal Rule of Civil Procedure 5.2; and

2. The Exhibits shall be filed under seal.

IT IS SO ORDERED, ADJUDGED AND DECREED this \_\_\_\_ day of October, 2015.

_____
Honorable William S. Duffey, Jr.
United States District Judge