IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

MARQUETTA CARZELL,
LUELLA CARTER, and GLADYS
CHEGE, on Behalf of Themselves
and All Others Similarly Situated,

           Plaintiffs,

v.

LIFE OF THE SOUTH
INSURANCE COMPANY and
INSURANCE COMPANY OF THE
SOUTH,

           Defendants.

1:15-cv-3260-WSD

## OPINION AND ORDER

This matter is before the Court on Defendants Life of the South Insurance Company and Insurance Company of the South's (together, "Defendants") Motion for Leave to File Opposition to Motion to Remand Exhibits Under Seal [11] ("Motion").

Defendants seek to file under seal two exhibits (the "Exhibits") to support their Response [10] in Opposition to Plaintiffs Marquetta Carzell, Luella Carter, and Gladys Chege's (together, "Plaintiffs") Motion to Remand. According to Defendants' October 15, 2015, e-mail to the Court, the Exhibits contain the

following information regarding putative class members: social security numbers, birthdates, first and last names, the date their social security number was issued, age, citizenship status, and, for one putative class member, certain information provided on the face of her social security card. Defendants seek to protect this information. The Motion is unopposed.

Rule 5.2 of the Federal Rules of Civil Procedure provides, in relevant part, that filings including social security numbers, taxpayer-identification numbers, birth dates, or the name of an individual known to be a minor may include only:

> (1) The last four digits of the social-security number and taxpayer-identification number;
> (2) The year of the individual's birth;
> (3) The minor's initials; and
> (4) The last four digits of the financial-account number

Fed. R. Civ. P. 5.2(a). The Federal Rules also allow the Court to require redaction of additional information for good cause. Fed. R. Civ. P. 5.2(e)(1). This Court's Standing Order 11 states:

> It is not this Court's practice to generally allow entire pleadings to be sealed from public view but, instead, to allow the redaction of specific portions of a pleading where a foundation has been laid for continued protection. Counsel should use careful discretion in requesting continued protection for the document, material or information at issue. You should not generally file entire pleadings or documents

2

under seal.  Specifically request continued protection for only those portions of a pleading or document that you believe should, and upon which there is legal authority to, remain protected, e.g., bank account numbers, scientific formulas, confidential pricing calculations.

Having considered Defendants' motion in light of the Federal Rules and this Court's Standing Order, Defendants are instructed to file the Exhibits redacting social security numbers, birth dates, and the names of individuals known to be minors, except to leave un-redacted:  the last four digits of the social security number, the year of the individual's birth, and the initials of the minor.  The Court will file under seal the un-redacted versions of the Exhibits, which have already been provided to the Court.

For the foregoing reasons,

**IT IS HEREBY ORDERED** that Defendants Life of the South Insurance Company and Insurance Company of the South's Motion for Leave to File Opposition to Motion to Remand Exhibits Under Seal [11] is **GRANTED IN PART** and **DENIED IN PART**.  The Motion is **GRANTED** to allow the redaction of social security numbers, birth dates, and the names of individuals known to be minors, except Defendants must leave un-redacted:  the last four digits of the social security number, the year of the individual's birth, and the initials of the minor.

**SO ORDERED** this 19th day of October, 2015.

_____
WILLIAM S. DUFFEY, JR.
UNITED STATES DISTRICT JUDGE